1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10  JOHN RALPH,                          CASE NO. 17cv1332 JM(JMA)

11                          Plaintiff,    ORDER LIFTING STAY; GRANTING
                                          MOTION TO COMPEL
12      v.                                ARBITRATION OF FLSA CLAIM;
                                          STAYING ACTION PENDING
13  HAJ, INC.; D.O.S. PIZZA, INC.;        ARBITRATION
    NORTH COUNTY PIZZA, INC.;
14  PIZZAFELLA, LLC.; SLAMMED
    PIZZA, INC.; and SLAMMED PIZZA
15  JR., INC.,

16                          Defendants.

17

18          On November 13, 2017, the court entered an Order Provisionally Granting in

19  Part and Denying in Part Motion to Compel Arbitration and Staying Action ("Order").

20  The order provisionally compelled arbitration of Plaintiff's state law claims and

21  deferred ruling on the motion to compel arbitration of the Fair Labor Standards Act

22  ("FLSA"), 29 U.S.C. §201 et seq., claim pending resolution of the appeal in Morris v.

23  Ernst & Young, 834 F.3d 975 (9th Cir. 2017), cert. granted, 137 S.Ct. 809 (2017)

24  (holding that collective action waivers in arbitration provisions are not enforceable).

25  The court also stayed the action pending resolution of the appeal by the Supreme Court.

26          On May 21, 2018, the Supreme Court reversed the Ninth Circuit and held that

27  class and collective action waivers in arbitration agreements are lawful and must be

28  enforced pursuant to the Federal Arbitration Act.  Epic Systems Corp. v. Lewis,

1  _S.Ct._, 2018 WL 2292444 (May 21, 2018).  Accordingly, the court lifts the stay and

2  compels arbitration of all claims asserted in Plaintiff's complaint, including the FLSA

3  claim.

4      In sum, the court lifts the stay, compels arbitration of all claims alleged in

5  Plaintiff's complaint, and stays the action pending arbitration.  Plaintiff is instructed

6  to file a status report on the progress of the arbitration by November 30, 2018.  The

7  failure of Plaintiff to file the status report or to prosecute his claims in arbitration will

8  result in the dismissal of this action without prejudice.

9      **IT IS SO ORDERED.**

10  DATED:  May 30, 2018

11

12                                          Hon. Jeffrey T. Miller
                                            United States District Judge

13  cc:          All parties

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28