# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| JOHN RALPH, | CASE NO. 17cv1332 JM(JMA) |
|---|---|
| Plaintiff, | ORDER GRANTING EX PARTE APPLICATION TO FILE RESPONSE TO JOINT MOTION |
| v. | |
| HAJ, INC.; D.O.S. PIZZA, INC.; NORTH COUNTY PIZZA, INC.; PIZZAFELLA, LLC.; SLAMMED PIZZA, INC.; and SLAMMED PIZZA JR., INC., | |
| Defendants. | |

Defendants D.O.S. Pizza, Inc. and Haj, Inc. move ex parte to file a written response to the joint motion filed by Plaintiffs Christina Anosike, Ekene Anosike, Edwin Cruz, Erik Gorton, Mark Lovecchio, Joseph Lowie, Jack Parham, and Shawna Spiva and Defendants Slammed Pizza, Inc. and Slammed Pizza, Jr., Inc. to dismiss the action (the "Joint Motion"). For good cause shown, the court grants the ex parte application. Defendants D.O. . Pizza and Haj shall file their response to the Joint Motion by July 20, 2018 and any other interested party may file a response by July 27, 2018. At that time, the matter will be taken under submission.

**IT IS SO ORDERED.**

DATED: July 9 , 2018

JEFFREY T. MILLER
United States District Judge

cc: All parties

- 1 -  17cv1332