

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

John Ralph, individually and on behalf of similarly situated persons

**Plaintiff,**

**V.**

See attachment

**Defendant.**

**Civil Action No.** 17-cv-01332-JM-LL

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court hereby GRANTS Plaintiffs corrected motion to reopen case and confirm arbitration awards (Doc. No. 88), and DENIES Defendant's cross-motion to vacate or modify arbitration award (Doc. No. 96). There being no remaining matters in dispute, it is FURTHER ORDERED that Plaintiffs claims are DISMISSED with PREJUDICE.

The case is hereby closed.

**Date:** 3/29/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Olsen
J. Olsen, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 17-cv-01332-JM-LL

Defendant(s):

HAJ, Inc.;
D.O.S Pizza, Inc.
North County Pizza, Inc.;
Pizzafella, LLC;
Slammed Pizza, Inc.;
Slammed Pizza Jr. Inc.;
Does 1-25