

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

See attachment

**Plaintiff,**

**V.**

See attachment

**Defendant.**

**Civil Action No.** 17-cv-01332-JM-LL

**AMENDED JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court hereby GRANTS Plaintiffs corrected motion to reopen case and confirm arbitration awards (Doc. No. 88), and DENIES Defendant's cross-motion to vacate or modify arbitration award (Doc. No. 96). There being no remaining matters in dispute, it is FURTHER ORDERED that Plaintiffs claims are DISMISSED with PREJUDICE.

The case is hereby closed.

**Date:** 3/30/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Olsen
J. Olsen, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 17-cv-01332-JM-LL

Plaintiff(s):

John Ralph, individually and on behalf of similarly situated persons;

Edwin Cruz;

Joseph Lowrie

Mark Lovecchio

Defendant(s):

Dan Hosseini;

Shane Casey, doing business as D.O.S. Pizza, Inc.;

HAJ, Inc.;

D.O.S Pizza, Inc.;

North County Pizza, Inc.;

Pizzafella, LLC;

Pizza Enterprises, Inc.;

Pizza Enterprises II, Inc.;

Pizza Enterprises III, Inc.;

Syriani & Seryani, Inc.;

Slammed Pizza, Inc.;

Slammed Pizza Jr. Inc.;

Does 1-25